```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    KEVIN LEE MELSON
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-0355 LKK
                                 )
13                  Plaintiff,   )  ORDER AFTER HEARING
                                 )
14       v.                      )
                                 )
15  KEVIN LEE MELSON,            )
                                 )
16                  Defendant.   )
    _____)
17
```

18       This matter came on for Status Conference on October 11, 2006, in
19  the courtroom of the Honorable Lawrence K. Karlton.  Assistant United
20  States Attorney Matthew Stegman (for Jason Hitt) appeared on behalf of
21  plaintiff the United States of America.  Supervising Assistant Federal
22  Defender Mary M. French appeared on behalf of defendant KEVIN LEE
23  MELSON.  At the request of defense counsel, the trial date was vacated
24  and a further status conference date of November 14, 2006, at 9:30 a.m.
25  was set.
26       Accordingly, the parties agreed to exclude time from calculation
27  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
28  and Local Code T4, for preparation of counsel, from October 11, 2006,

1  up to and including November 14, 2006.
2      Good cause appearing therefor,
3      IT IS ORDERED that the trial date in this matter is vacated.
4      IT IS FURTHER ORDERED that a status conference in this matter will
5  be held on November 14, 2006, at 9:30 a.m.
6      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
7  (iv) and Local Code T4, the period from October 11, 2006, up to and
8  including November 14, 2006, is excluded from the time computations
9  required by the Speedy Trial Act due to ongoing preparation of counsel.
10 Dated: October 19, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT