DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN LEE MELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0355 LKK |
| | ) | |
| Plaintiff, | ) | ORDER AFTER HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN LEE MELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on for Status Conference on November 14, 2006, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff the United States of America.  Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant KEVIN LEE MELSON.  A further status conference/change of plea hearing was set for November 28, 2006, at 9:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from November 14, 2006, up to and including November 28, 2006.

1  Good cause appearing therefor,

2  IT IS ORDERED that a further status conference/change of plea
3  hearing in this matter will be held on November 28, 2006, at 9:30 a.m.

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5  (iv) and Local Code T4, the period from November 14, 2006, up to and
6  including November 28, 2006, is excluded from the time computations
7  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   November 27, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT