```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN LEE MELSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0355 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| KEVIN LEE MELSON, | ) | Date: December 5, 2006 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Jason Hitt, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of November 28, 2006, be vacated and a status conference hearing date of December 5, 2006, at 9:30 a.m. be set. This continuance is requested because counsel for defendant is in the process of on-going investigation, including requesting and reviewing defendant's medical and criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

1    It is further stipulated that the period from November 28, 2006,
2 through and including December 5, 2006, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Respectfully submitted,

Dated: November 27, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
KEVIN LEE MELSON

Dated: November 27, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: November 27, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT