```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    KEVIN LEE MELSON
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-0355 LKK
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  KEVIN LEE MELSON,            )  Date:  December 19, 2006
                                 )  Time:  9:30 a.m.
16              Defendant.       )  Judge: Lawrence K. Karlton
    _____)
17

18
         It is hereby stipulated between the parties, Mary M. French,
19
    attorney for the defendant, and Jason Hitt, Assistant United States
20
    Attorney, attorney for the plaintiff, that the status conference
21
    hearing date of December 5, 2006, be vacated and a status conference
22
    hearing date of December 19, 2006, at 9:30 a.m. be set.  This
23
    continuance is requested because counsel for defendant is in the
24
    process of on-going investigation, including requesting and reviewing
25
    defendant's medical and criminal history records, conducting
26
    interviews, and researching guideline issues and other matters relevant
27
    to this case.
28
```

1    It is further stipulated that the period from December 5, 2006,
2 through and including December 19, 2006, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Respectfully submitted,

Dated: December 1, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
KEVIN LEE MELSON

Dated: December 1, 2006                MCGREGOR W. SCOTT
                                       United States Attorney

/s/ Mary M. French for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: December 1, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order                          2