```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    KEVIN LEE MELSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-0355 LKK
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14        v.                     )
                                 )
15  KEVIN LEE MELSON,            )  Date:  February 6, 2007
                                 )  Time:  9:30 a.m.
16             Defendant.        )  Judge: Lawrence K. Karlton
    _____)
17
```

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Jason Hitt, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of January 17, 2007, be vacated and a status conference hearing date of February 6, 2007, at 9:30 a.m. be set.  This continuance is requested because counsel for defendant is in the process of on-going investigation, including requesting and reviewing defendant's medical and criminal history records, conducting interviews, and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from January 17, 2007, through and including February 6, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: January 16, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
KEVIN LEE MELSON

Dated: January 16, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: January 16, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT